```
1  ARLEO LAW FIRM, PLC
   ELIZABETH J. ARLEO (CASB NO. 201730)
2  850 Main Street, Suite 201
   Ramona, CA 92065
3  Telephone: 760/ 789-8000
   760/ 789-8081 (fax)
4
   Attorneys for Plaintiff
5
```

FILED

2006 SEP 13 AM 9: 34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANIA CHAKER, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MONARCH GROUP MANAGEMENT, INC., and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. 06-cv-1534(W)(AJB)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON |

WHEREAS, on July 28, 2006, a class action complaint was filed in the above captioned matter, by Vania Chaker ("Plaintiff") against Monarch Group Management, Inc. ("Monarch") and Does 1-25, inclusive.

WHEREAS, on August 5, 2006, an order was filed allowing Monarch up to and including September 5, 2006 to respond to the Complaint.

WHEREAS, on August 29, 2006, the parties entered into an agreement whereby Plaintiff agreed to release her individual claims against Monarch and Regents, LLC.

IT IS HEREBY STIPULATED by and between Vania Chaker ("Plaintiff") and Defendant, by and through their respective attorneys of record, that the parties have agreed to resolve this case by way of settlement.

The parties further stipulate that the Magistrate Court (the Honorable Anthony J. Battaglia) shall retain jurisdiction over all disputes between and among the parties arising out of the settlement



1  agreement including, but not limited to, interpretation and enforcement of the terms of the settlement
2  agreement.
3      The parties further stipulate, pursuant to Federal Rules of Civil Procedure 41(a), that this
4  Court enter a dismissal with prejudice of the Complaint in this action.
5      IT IS SO STIPULATED.
6  DATED: ~~August~~ September 5, 2006      ARLEO LAW FIRM, PLC

_____
ELIZABETH J. ARLEO
Attorney for Plaintiff

10 DATED: September ~~August~~ 5, 2006      KIMBALL TIREY & ST. JOHN

_____
CYNTHIA D. STELZER
Attorney for Monarch Group Management, Inc.

\* \* \* \*

## ORDER ON STIPULATED DISMISSAL WITH PREJUDICE

    IT IS HEREBY ORDERED, that the Magistrate Court shall retain jurisdiction over all disputes between and among the parties arising out of the settlement agreement including, but not limited to, interpretation and enforcement of the terms of the settlement agreement.

    It is further ordered that the Complaint for Violation of the Federal Fair Debt Collection Practices Act and the California Rosenthal Fair Debt Collection Practices Act, USDC Case No. 06-CV-1534 W (AJB) is hereby dismissed with prejudice.

    IT IS SO ORDERED.

DATED: 9/12/06      _____
HON. THOMAS J. WHELAN
UNITED STATES DISTRICT COURT JUDGE